IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

MDL DOCKET NO. 3:03CV1516
WDNC DOCKET NO.: 3:04-CV-197
CIVIL ACTION NO.: 6:04-0273

| | |
|---|---|
| MOUNT VERNON MILLS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KOCH INDUSTRIES, INC.; <br> ARTEVA SERVICES S.A.R.L.; <br> ARTEVA SPECIALTIES S.A.R.L. D/B/A KOSA; <br> CNA HOLDINGS, INC.; <br> CELANESE AMERICAS CORPORATION; <br> HOECHST AKTIENGESELLSCHAFT (AG); <br> TROY F. STANLEY, SR.; resident of Forest City, North Carolina; EDUARDO L. ROCHA, a citizen of Mexico; KENNETH L. HARDIN, a resident of North Carolina; GROVER SMITH, a resident of North Carolina; TOM NIXON, a resident of North Carolina; and FRANK H. TRAMMELL, JR., a resident of North Carolina, <br><br> Defendants. | ORDER DISMISSING DEFENDANTS KOCH INDUSTRIES, INC.; ARTEVA SERVICES S.A.R.L.; ARTEVA SPECIALTIES S.A.R.L. D/B/A KOSA; TROY F. STANLEY, SR.; KENNETH L. HARDIN; TOM NIXON; AND FRANK H. TRAMMELL, JR. WITH PREJUDICE |

For good cause shown, the above-captioned action is dismissed with prejudice against Defendants Koch Industries, Inc.; Arteva Services, S.a.r.l.; Arteva Specialties, S.a.r.l., d/b/a KoSa, now named INVISTA S.à.r.l.; Troy F. Stanley, Sr.; Kenneth L. Hardin; Tom Nixon; and Frank H. Trammell, Jr. only, and with each party to bear its own costs. This Order does not hereby dismiss any other claims or parties.

This 2nd day of FEB, 2006.

_____
The Honorable Richard L. Voorhees

8